CA 07 118ML

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED

29 2007

Property of U.S. District Court
District of Rhode Island

ELAINE L. CHAO, SECRETARY OF LABOR, )
UNITED STATES DEPARTMENT OF LABOR, )
)
Plaintiff ) CIVIL ACTION
)
v. ) FILE NO.
)
MAR-AL, ENTERPRISES, INC., )
)
and CHARLES D. ANTHONY, Individually, )
)
)
Defendants )

**ORDER AND JUDGMENT**

This matter came to be considered by this Court on this 3rd day of April, 2007, on Plaintiff's complaint for a permanent injunction and a judgment. The Secretary has alleged that Defendants have violated, failed and refused to comply with final orders and decisions issued under the Federal Mine Safety and Health Act of 1977, as amended, 30 U.S.C. 801, *et seq.* including failing to pay civil money penalties for violations of the Mine Act and its standards. The parties have no objection to the entry of the following order.

IT IS THEREFORE,

ORDERED by the court this 3rd day of April, 2007, that Defendants, their successors, their agents, servants, employees and all persons in

active concert and participation with them be, and they are hereby permanently enjoined from:

Violating, failing or refusing to comply with any final orders or decision issued under this Act, including the payment of civil money penalties that have been or may be assessed and for which a final order or decision has issued.

The parties agree and it is also ORDERED by the Court that any violations of this injunction shall be punishable by a finding of contempt of court.

The parties agree, and the Court approves, the settlement of outstanding final orders issued within five years of the date of the complaint in this case. The Defendants shall pay the Plaintiff $6,000 in three installments of $2,000 on April 1, 2007, August 1, 2007, and December 1, 2007. Failure to pay any installment shall be punishable by a contempt finding and an Order to pay Plaintiff $17,964.00, and interest computed from this date to the date of that Order at 8% per annum, the rate established in §110(j) of the Mine Act, 30 U.S.C. 820(j).

UNITED STATES DISTRICT JUDGE

Charles D. Anthony

by ______________________ Pres-

Mar-Al Enterprises, Inc.

Office of the Regional Solicitor
United States Department of Labor